Mark S. Scheffer, Esquire
LAW OFFICES OF MARK S. SCHEFFER
Identification Nos. 59271
P.O. Box 111
Birchrunville, PA 19421
(610) 915-8351
Attorney for Plaintiff

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TASHA STRONG | : | CIVIL ACTION |
| | : | NO. |
| | : | |
| v. | : | |
| | : | |
| NAVIENT SOLUTIONS, LLC | : | Jury Trial Demanded |

**COMPLAINT**

1. Plaintiff, Tasha Strong, is a black female and citizen of the United States residing therein at 7300 N. 21st Street, Philadelphia, PA 19138.

2. Defendant, Navient Solutions, LLC, is a corporation providing financial services such as student loans and loan repayment plans to consumers. It has its headquarters located at 123 Justison St., Suite 300, Wilmington, DE 19801.

3. The causes of action set forth in this Complaint arise under Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. §2000(e) *et seq*., the Civil Rights Act of 1866 ("Section 1981"), as amended, 42 U.S.C §1981, the Pennsylvania Human Relations Act ("PHRA"), 43 P.S. §951 *et seq*., and the Pennsylvania Wage Payment Collection Law ("WPCL"), 43 P.S. §260.1 *et seq*.

4. The District Court has jurisdiction over this action pursuant to 28 U.S.C. §§1331, 1343 and 1367.

5. At all times material hereto, Defendant acted by and through its authorized agents,

servants, workmen and/or employees acting in the course and scope of their employment with Defendant and in furtherance of Defendant's business.

6. Plaintiff was originally hired by Defendant in 2016. After leaving to work elsewhere she was returned to its employ in 2020. Plaintiff's job title was Post Default Recovery Account Manager. Plaintiff worked remotely for Defendant from her home in Philadelphia, PA.

7. Plaintiff was treated disparately from male, non-black co-workers in terms of her pay and being subjected to higher standards and goals, greater scrutiny of her work, and being given more difficult and complex accounts to handle.

8. Plaintiff complained to her managers and Human Resources about the disparate treatment, but her situation did not improve.

9. In August of 2023 Plaintiff contacted the United States Equal Employment Opportunity Commission ("EEOC)" and complained of discrimination, completing a form called, "Inquiry Information," which was originally submitted on August 18, 2023, with a copy forwarded to Vickya Breitenstine, Defendant's Human Resources Director.

10. Just days later, on or about August 22, 2023, Plaintiff was fired.

11. On or about September 11, 2023, Plaintiff formally filed a complaint of race and sex discrimination, and retaliation, with the Pennsylvania Human Relations Commission, which had received Plaintiff's inquiry information from the EEOC.

12. On July 29, 2026 the EEOC issued a dismissal notice and right to sue on the aforesaid complaint.

13. As a direct and proximate result of Defendant's discriminatory and/or retaliatory actions, Plaintiff has suffered, and continues to suffer, a loss of earnings, loss of earning capacity, loss of benefits, pain and suffering, upset, emotional anguish, loss of life's pleasures, attorneys'

fees and costs.

**COUNT I – Title VII**

14. Plaintiff incorporates herein by reference paragraphs 1 through 13 above as if set forth herein in their entirety.

15.. Defendant, by the above discriminatory and retaliatory acts, has violated Title VII.

16. As a direct and proximate result of Defendant's violation of Title VII, Plaintiff has suffered the injuries and losses set forth above.

**COUNT II – Section 1981**

17. Plaintiff incorporates herein by reference paragraphs 1 through 13 above as if set forth herein in their entirety.

18. By the above referenced actions, Defendant violated Section 1981.

19. As a direct and proximate result of Defendant's violation of Section 1981, Plaintiff has sustained the injuries, damages and losses set forth herein.

**COUNT III-PHRA**

20. Plaintiff incorporates herein by reference Paragraphs 1 through 19 above as if set forth herein in their entirety.

21. Defendant, by the above discriminatory and wrongful acts, has violated the PHRA.

22. As a direct and proximate result of Defendant's violation of the PHRA, Plaintiff has sustained the losses set forth above.

**COUNT IV-WPCL**

23. Plaintiff incorporates herein by reference Paragraphs 1 through 22 above as if set forth herein in their entirety.

24. Defendant has refused to pay Plaintiff for approximately $11,000 of commissions for work she completed before her termination.

25. The failure of Defendant to pay Plaintiff for work she performed violates the WPCL.

26. Defendant's violations of the WPCL entitles Plaintiff to liquidated damages.

27. As a direct and proximate result of Defendant's violation of the WPCL, Plaintiff incurred lost earnings, attorneys' fees and costs.

## RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendant:

(a) Declaring Defendant's actions to be in violation of Title VII, Section 1981, and the PHRA;

(b) Awarding Plaintiff transfer to an appropriate position with Defendant;

(c) Awarding compensatory damages to Plaintiff to make Plaintiff whole for all lost earnings, past and future, which Plaintiff has suffered as a result of Defendant's improper and discriminatory treatment, including, but not limited to, past and future wages, lost earning capacity, pension and other lost benefits;

(d) Awarding compensatory damages to Plaintiff for emotional upset, mental anguish, humiliation, loss of life's pleasures, and pain and suffering;

(e) Awarding Plaintiff's costs of this action, together with reasonable attorney's fees;

(f) Awarding Plaintiff punitive damages and such other damages as are appropriate under the Title VII, Section 1981, the PHRA and the WPCL; and,

(g) Granting such other and further relief as the court deems appropriate.

Respectfully submitted,

/s/ Mark S. Scheffer
Mark S. Scheffer, Esquire
LAW OFFICES OF MARK S. SCHEFFER
P.O. Box 111
Birchrunville, PA 19421
(610) 915-8351

Attorney for Plaintiff